# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.:   CV-09-2789-R                          DATE: OCT. 8, 2009

TITLE: MICHELLE MELLEMA -V- CA. VICTIM COMP. & GOV. CLAIMS BOARD
==================================================================
PRESENT:

### HON. MANUEL L. REAL, JUDGE

William Horrell                                  N/A
Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

     Not present                              Not present

PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be
             dismissed for lack of prosecution


THIS MATTER IS SET ON CALENDAR FOR HEARING ON OCT. 19,

2009 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF

TO FILE A PROOF OF SERVICE OF SUMMONS AND COMPLAINT

ON DEFENDANT.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


MINUTES FORM II                          Initials of Deputy Clerk__WH____
CIVIL - GEN                    D-M